

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Deborah Bowen,

Vs. No. 11-20-00220-CV

The State of Texas and Dana White,

\* From the 32nd District Court
   of Fisher County,
   Trial Court No. 3313-C

\* August 4, 2022

\* Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Deborah Bowen.